■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FEDERICO ORDAZ-CEJA, Appellant. [876 NYS2d 878]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered March 18, 2008, convicting him of rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Dillon, Covello and Eng, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP J. PENNA, Appellant. [876 NYS2d 878]—Appeal by the defendant from a resentence of the County Court, Suffolk County (Efman, J.), imposed March 6, 2008, after remittitur from this Court (*see People v Penna*, 47 AD3d 844 [2008]).

Ordered that the resentence is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Spolzino, J.P., Santucci, Angiolillo and Leventhal, JJ., concur.